Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM NELSON,<br><br>　　　　　　　　Petitioner,<br><br>vs.<br><br>MARY MADDEN, CLERK OF THE COURT, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES, KAYLA AYERS, ADA COORDINATOR, IN HER OFFICIAL CAPACITIES COMMISSIONER CLINT P. JOHNSON, PIERCE COUNTY SUPERIOR COURT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, HONORABLE SUSAN ADAMS, PIERCE COUNTY SUPERIOR COURT PRESIDING JUDGE, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES,<br><br>　　　　　　　　Respondents. | NO. 3:25-cv-05490-TMC<br><br>PIERCE COUNTY DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)<br><br>NOTED DATE FOR CONSIDERATION: TUESDAY, SEPTEMBER 2, 2025 |

## I.　　INTRODUCTION

COMES NOW Defendants Mary Madden, Kayla Ayers, Clint P. Johnson, Susan Adams, and Pierce County by and through their attorneys of record, Pierce County Prosecuting Attorney Mary Robnett and Deputy Prosecuting Attorney Elizabeth Dasse, and submits the following reply in support of their Motion to Dismiss pursuant to CR 12(b)(6) and requesting dismissal of

PIERCE COUNTY DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) - 1
NELSON - Pierce County Defendants' Reply IOS Motion to Dismiss.docx
USDC WAWD No. 3:25-cv-05490-TMC

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713

Plaintiff's Complaint on the grounds the Complaint fails to state a claim upon which relief can be granted.

## II.   ARGUMENT

On August 8, 2025, the Defendants filed a motion to dismiss pursuant to CR 12(b)(6). There has been no response received by the Defendant to date, and nothing filed into the Court record.

Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit. WA R USDCTWD LCR 7(2).  "Although we construe pleadings liberally in their favor, pro se litigants are bound by the rules of procedure." *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir.,1987).

Plaintiff has failed to state a claim as to how Defendants are liable for his alleged injuries. Both the filed complaint and the lack of response to Defendant's motion to dismiss demonstrate the absence of a genuine issue of material fact.  Therefore, Defendant's motion to dismiss under 12(b)(6) should be granted.

## III.   CONCLUSION

Defendant respectfully requests the Court grant Defendant's motion to dismiss filed on August 8, 2025.

I certify that this memorandum contains 491 words, in compliance with the Local Civil Rules.

DATED this 2 day of September, 2025.

    MARY E. ROBNETT
    Pierce County Prosecuting Attorney

    s/ ELIZABETH DASSE
    ELIZABETH DASSE, WSBA # 51082
    Deputy Prosecuting Attorney / Civil
    930 Tacoma Avenue South, Suite 946

PIERCE COUNTY DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) - 2
NELSON - Pierce County Defendants' Reply IOS Motion to Dismiss.docx
USDC WAWD No. 3:25-cv-05490-TMC

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

Tacoma, WA 98402-2102
Ph: 253-798-7318 / Fax: 253-798-6713
elizabeth.dasse@piercecountywa.gov

## CERTIFICATE OF SERVICE

On September 2nd, 2025, I hereby certify that I electronically filed the foregoing PIERCE COUNTY DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) with the Clerk of the Court and I delivered a true and accurate copy to the USPS, certified mail/return receipt requested, postage prepaid, with appropriate instruction to forward the same to Plaintiff Pro Se as follows:

WILLIAM NELSON, Pro Se Plaintiff
1523 132nd Street SE, Suite C418
Everett, Washington 98208
william@seattleseahawks.me
athena@seattleseahawks.me

s/ ELIZABETH BURLINGAME
ELIZABETH BURLINGAME
Legal Assistant
Pierce County Prosecutor's Office / Civil
930 Tacoma Avenue South, Suite 946,
Tacoma, WA 98402-2102
Ph: 253-798-6082 / Fax: 253-798-6713
elizabeth.burlingame@piercecountywa.gov

PIERCE COUNTY DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) - 3
NELSON - Pierce County Defendants' Reply IOS Motion to Dismiss.docx
USDC WAWD No. 3:25-cv-05490-TMC

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713