Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM NELSON,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>MARY MADDEN, CLERK OF THE COURT, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES, KAYLA AYERS, ADA COORDINATOR, IN HER OFFICIAL CAPACITIES COMMISSIONER CLINT P. JOHNSON, PIERCE COUNTY SUPERIOR COURT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, HONORABLE SUSAN ADAMS, PIERCE COUNTY SUPERIOR COURT PRESIDING JUDGE, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES,<br><br>　　　　　　　Respondents. | NO.  3:25-cv-05490-TMC<br><br>JOINT STATUS REPORT AND DISCOVERY PLAN |

Defendants Mary Madden, Kayla Ayers, Clint P. Johnson, Susan Adams, Pierce County and Pierce County Superior Court, by and through their undersigned counsel of record, are unable to submit a Joint Status Report and Discovery Plan pursuant to the Court's Order dated June 5, 2025, and Minute Entry dated September 4, 2025, as they have not had correspondence with the Plaintiff since June 4, 2025. Defendants have made multiple attempts to set up a meeting to discuss

JOINT STATUS REPORT AND DISCOVERY PLAN - 1
NELSON - JOINT STATUS REPORT & DISCOVERY PLAN.docx
USDC WAWD No. 3:25-cv-05490-TMC

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

1 the Joint Status Report and Discovery Plan with Plaintiff, to no avail. On July 29, 2025, my staff
2 sent an email to Plaintiff asking for his availability for a meeting to discuss the requirements of
3 the Court's Order dated June 5, 2025, with no response from Plaintiff. On August 4, 2025, my
4 staff sent another email following up on the July 29, 2025, email regarding the meeting, with no
5 response from Plaintiff. On August 11, 2025, I sent a letter via US Mail and email to Plaintiff to
6 follow up regarding a meeting, with no response from Plaintiff. On August 19, 2025, I called the
7 Plaintiff and left a voice message for him to call me back, to date I have not received a response
8 phone call from Plaintiff. On August 20, 2025, my staff sent another follow up email to Plaintiff
9 with no response.

DATED this 4th day of August, 2025.

MARY E. ROBNETT
Pierce County Prosecuting Attorney

s/ ELIZABETH DASSE
ELIZABETH DASSE, WSBA # 51082
Deputy Prosecuting Attorney / Civil
930 Tacoma Avenue South, Suite 946
Tacoma, WA  98402-2102
Ph: 253-798-7318 / Fax: 253-798-6713
elizabeth.dasse@piercecountywa.gov

JOINT STATUS REPORT AND DISCOVERY PLAN - 2
NELSON - JOINT STATUS REPORT & DISCOVERY PLAN.docx
USDC WAWD No. 3:25-cv-05490-TMC

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main:  (253) 798-6732 / Fax:  (253) 798-6713

# CERTIFICATE OF SERVICE

On August 4th, 2025, I hereby certify that I electronically filed the foregoing JOINT STATUS REPORT AND DISCOVERY PLAN with the Clerk of the Court and I delivered a true and accurate copy to the USPS, certified mail/return receipt requested, postage prepaid, with appropriate instruction to forward the same to Plaintiff Pro Se as follows:

WILLIAM NELSON, Pro Se Plaintiff
1523 132nd Street SE, Suite C418
Everett, Washington 98208
william@seattleseahawks.me
athena@seattleseahawks.me

s/ ELIZABETH BURLINGAME
ELIZABETH BURLINGAME
Legal Assistant
Pierce County Prosecutor's Office / Civil
930 Tacoma Avenue South, Suite 946,
Tacoma, WA 98402-2102
Ph: 253-798-6082 / Fax: 253-798-6713
elizabeth.burlingame@piercecountywa.gov

JOINT STATUS REPORT AND DISCOVERY PLAN - 3
NELSON - JOINT STATUS REPORT & DISCOVERY PLAN.docx
USDC WAWD No. 3:25-cv-05490-TMC

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2102
Main: (253) 798-6732 / Fax: (253) 798-6713