UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM NELSON, | Case No. 3:25-cv-05490-TMC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| MARY MADDEN; KAYLA AYERS; CLINT P. JOHNSON; SUSAN ADAMS; PIERCE COUNTY; PIERCE COUNTY SUPERIOR COURT, | |
| Defendants. | |

**I.   ORDER**

This matter comes before the Court on review of the joint status report submitted on September 4, 2025. Dkt. 24. On June 5, 2025, the Court entered a Minute Order setting September 3, 2025 as the deadline for the filing of a combined Joint Status Report. Dkt. 19. The Court reminded the parties of this order on September 4, 2025. Dkt. 23. Subsequently, the Defendants submitted a "Joint" Status Report explaining that "they have not had correspondence with the Plaintiff since June 4, 2025." Dkt. 24 at 1. Defendants explained that they "have made multiple attempts to set up a meeting to discuss the Joint Status Report and Discovery Plan with

ORDER TO SHOW CAUSE - 1

Plaintiff, to no avail." *Id.* at 1–2. Defendants recounted multiple attempts to contact Plaintiff with no response. *Id.* at 2.

Plaintiffs have a general duty to prosecute their claims. *See Fid. Phila. Tr. Co. v. Pioche Mines Consol., Inc.,* 587 F.2d 27, 29 (9th Cir. 1978). To "prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts," federal courts may exercise their inherent power to dismiss a case of their own accord for a plaintiff's failure to prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629–31 (1962); *see also Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (finding that courts may dismiss cases *sua sponte* pursuant to Rule 41(b) for failure to prosecute).

Part of this duty is a requirement to comply with this Court's orders to meet and confer. But Mr. Nelson has failed to do so.

Therefore, it is hereby ORDERED that:

- Not later than September 19, 2025, Mr. Nelson shall show cause in writing why he has failed to respond to Defendants in compliance with this court's order and why this case should not be dismissed without prejudice for failure to respond. Dkt. 19.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 5th day of September, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER TO SHOW CAUSE - 2